\*\* E-filed July 1, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE NOMURA TETSUYA,<br><br>       Plaintiff,<br>   v.<br><br>YAHOO! INC.,<br><br>       Defendant.<br>_____/ | No. C11-01209 HRL<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT**<br><br>[Re: Docket No. 28] |

On May 24, 2011, this Court dismissed Plaintiff's complaint with leave to file an amended complaint by June 23, 2011. Docket No. 27. On June 20, 2011, Plaintiff, who is currently proceeding pro se, filed an administrative motion to extend the deadline for filing an amended complaint. Docket No. 28. He states that he is trying to find an attorney to take his patent infringement case and would like more time to do so before filing an amended complaint. Id. Defendant did not oppose Plaintiff's motion.

Good cause being shown, the Court GRANTS Plaintiff's motion. Plaintiff shall file any amended complaint by July 23, 2011.[1]

**IT IS SO ORDERED.**

Dated: July 1, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff requested an extension until August 22, 2011, but the Court does not find good cause for an extension of that duration.

**C11-01209 HRL** N**otice will be electronically mailed to:**

Bryan J. Sinclair     bryan.sinclair@klgates.com, adrienne.wilson@klgates.com

**Notice will be provided by other means to:**

Nomura Joe Tetsuya
3288 Pierce Street
Suite C-129
Richmond, CA 94804

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**