**\*\* E-filed August 25, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE NOMURA TETSUYA, | No. C11-01209 HRL |
| Plaintiff, | **JUDGMENT** |
| v. | |
| YAHOO! INC., | |
| Defendant. | |

The Court having granted without prejudice Defendant's motion to dismiss, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment of dismissal be entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: August 25, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-01209 HRL** N**otice will be electronically mailed to:**

Bryan J. Sinclair     bryan.sinclair@klgates.com, adrienne.wilson@klgates.com, sara.kerrane@klgates.com

**Notice will be mailed to:**

Nomura Joe Tetsuya
3288 Pierce Street
Suite #C-129
Richmond, CA 94804

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**